Submitted July 30, reversed and remanded September 1, 2010

In the Matter of G. L.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

E. L.,
*Appellant.*

Lane County Circuit Court
08274J; Petition Number 08274J01;
A144978 (Control)

In the Matter of M. L.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

E. L.,
*Appellant.*

Lane County Circuit Court
08275J; Petition Number 08275J01;
A144979

In the Matter of E. L.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

E. L.,
*Appellant.*

Lane County Circuit Court
08276J; Petition Number 08276J01;
A144980

238 P3d 438

Peter Gartlan, Chief Defender, and Holly Telerant, Deputy Public Defender, Legal Services Division, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

In this juvenile dependency case, following a contested permanency hearing held on October 1, 2009, the trial court entered judgment changing the children's permanency plans to adoption. The judgment was entered on February 9, 2010. Father appeals, advancing a number of assignments of error, including that the trial court's delayed entry of judgment violated ORS 419B.476(5), which requires the court to enter its judgment within 20 days of the permanency hearing. The Department of Human Services concedes that error. We agree and accept the concession. In light of that, we need not address father's other assignments of error.

Reversed and remanded.